**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 1, 2026

By ECF
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED (page 2)**

**Re: *Jesse David Quiros Diaz v. William Joyce, et al.*, No. 26 Civ. 7292 (JHR)**

Dear Judge Rearden:

This Office represents the Respondents named in the above-referenced habeas corpus matter. On August 27, 2026, the Court issued an order scheduling an initial conference for September 3, 2026, and directing the parties to confer in advance of the conference and file a joint letter by September 1, 2026, stating whether the conference is necessary and whether the parties believe a briefing schedule is needed. ECF No. 4. The Court also directed the Respondents to respond to questions posed in the Court's order. *Id.*

First, I write respectfully on behalf of the parties to address the conference. The parties agree that the scheduled conference is not necessary. Instead, the parties respectfully submit that this matter may be decided on the forthcoming briefs. Based on our respective schedules, the parties respectfully propose the following briefing schedule: (1) Respondents' response brief to be filed by September 16, 2026; and (2) Petitioner's reply brief to be filed by September 23, 2026.

Second, I write respectfully on behalf of Respondents to provide the following responses to the Court's questions:

**(1)** whether Petitioner was, as the Petition alleges, located in the Southern District of New York at the time that the Petition was filed, *see* ECF No. 1, ¶ 2 (listing Petitioner's place of confinement as the "NYC Hold Room" at 26 Federal Plaza, New York, NY);

> **Response: Yes, Petitioner was located in the Southern District of New York at the time the Petition was filed, and so venue is proper.**

**(2)** The statutory provision(s) pursuant to which Respondents assert the authority to detain Petitioner;

> **Response: Respondents assert that the statutory authority governing Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A).**

**(3)** A copy of any final order of removal;

**Response: Petitioner is not subject to a final order of removal yet.**

**(4)** Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

**Response: Petitioner is scheduled for an initial master calendar hearing before an Immigration Judge in Elizabeth, New Jersey on September 21, 2026.**

* * *

We thank the Court for its attention to this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: */s/ Melissa A. Childs*
MELISSA A. CHILDS
Assistant United States Attorney
Telephone: (212) 637-2711
Email: melissa.childs@usdoj.gov

cc: Marlon Bayas, Counsel for Petitioner (by ECF)

Application GRANTED. The conference scheduled for September 3, 2026 is adjourned *sine die*. Respondents' opposition brief shall be filed by **September 16, 2026**, and Petitioner's reply shall be filed by **September 23, 2026**.

In their opposition brief, Respondents shall address whether there is any basis to distinguish this case from *Barbosa da Cunha v. Freden*, 175 F.4th 61 (2d Cir. 2026); *Barbecho-Llivisaca v. Genalo*, No. 26 Civ. 3349 (JHR), 2026 WL 1345982 (S.D.N.Y. May 14, 2026); *Cabrera Castro v. Francis*, 26 Civ. 1063 (JHR), 2026 WL 1345940 (S.D.N.Y. May 14, 2026); or *Yan v. Almodovar*, 26 Civ. 2654 (JHR), 2026 WL 1973599 (S.D.N.Y. July 8, 2026).

SO ORDERED.

Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: September 2, 2026